**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1624**
_____

GLENN I. HOCKNEY, Hyde County Citizen & Hyde County
Citizens,

                Plaintiff - Appellant,

      v.

PCS PHOSPHATE CORPORATION; STEVEN A. BECKER, CEO & Plant
Manager NC PCS Phosphate Corporation; THOMAS "TOM" RYAN,
President NC PCS Phosphate Corporation,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  W. Earl Britt,
Senior District Judge.  (4:08-cv-00210-BR)

_____

Submitted:  November 19, 2009     Decided:  December 1, 2009

_____

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Glenn I. Hockney, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn I. Hockney appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Hockney's civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hockney v. PCS Phosphate Corp.</u>, No. 4:08-cv-00210-BR E.D.N.C. May 21, 2009). We deny Hockney's motion to provide relief and prevent serious wrong and motions to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>